```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

SHELAINE JORDAN COLEMAN,           *
                                   *
    Plaintiff,                     *
                                   *
vs.                                * CIVIL ACTION NO. 18-00279-B
                                   *
ANDREW M. SAUL,                    *
Commissioner of Social Security,   *
                                   *
    Defendant.                     *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED**.

**DONE** this **23rd** day of **August, 2019.**

                              /s/ SONJA F. BIVINS
                        **UNITED STATES MAGISTRATE JUDGE**